NUMBER 13-03-076-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG


_______________________________________________________________


IN RE: JESS Y WOMACK, II

_______________________________________________________________
On Petition for Writ of Mandamus

________________________________________________________________



MEMORANDUM OPINION


Before Justices Yañez, Castillo, and Garza

Opinion Per Curiam



 This cause is before the Court on real party in interest's unopposed motion to dismiss petition for writ of mandamus
pursuant to settlement. The Court, having examined and fully considered the documents on file and the unopposed motion
to dismiss, is of the opinion that the motion should be granted. The unopposed motion to dismiss petition for writ of
mandamus pursuant to settlement is GRANTED, and the petition for writ of mandamus is hereby DISMISSED.

PER CURIAM



Opinion delivered and filed this

the 15th day of April, 2003 .